UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| HH ST. LOUIS RAILWAY LP, MISSOURI DEVELOPMENT FINANCE BOARD, and RAILWAY EXCHANGE OWNER, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> AFFILIATED FM INSURANCE COMPANY, <br><br> Defendant. | Case No. _____ |

**DISCLOSURE OF ORGANIZATIONAL INTERESTS**

Pursuant to Fed. R. Civ. P. 7.1(a) and L.R. 2.09, Defendant Affiliated FM Insurance Company hereby discloses that it is a wholly-owned subsidiary of FMIC Holdings, Inc., which is a stock holding company whose stock is 100 percent owned by Factory Mutual Insurance Company. No publicly held corporation owns 10% or more of Affiliated FM Insurance Company's stock.

Dated:  July 10, 2018

Respectfully submitted,

/s/ Sandra J. Wunderlich
Sandra J. Wunderlich #39019MO
TUCKER ELLIS LLP
100 South 4th Street,  Suite 600
St. Louis, MO  63102
(314) 256-2550 Telephone
(314) 256-2549 Facsimile
sandra.wunderlich@tuckerellis.com
*Attorneys for Defendant Affiliated FM Insurance Company*

89102136.1

1