# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| HH ST. LOUIS RAILWAY LP, MISSOURI DEVELOPMENT FINANCE BOARD, and RAILWAY EXCHANGE OWNER, LLC, <br><br>　　　　Plaintiffs, <br><br>v. <br><br>AFFILIATED FM INSURANCE COMPANY, <br><br>　　　　Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br>Case No. 4:18-cv-01132-JAR <br><br>**JURY TRIAL DEMANDED** |

## AFFILIATED FM INSURANCE COMPANY'S
## CROSS MOTION FOR PARTIAL SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, Defendant Affiliated FM Insurance Company ("AFM") hereby moves for partial summary judgment and requests that the Court grant summary adjudication as follows:

　　　　1.　　　The AFM policy's Valuation provision is enforceable and does not conflict with Missouri Revised Statute section 379.150;

　　　　2.　　　The AFM Policy's Valuation provision permits AFM to deduct the value of the land from the selling price of real property; and

　　　　3.　　　The selling price of the Railway Exchange Building was $9 million.

3851966.1

There no genuine issue of material fact with respect to these issues, and AFM is entitled to judgment as a matter of law.

WHEREFORE, Defendant AFM respectfully requests that this Court grant partial summary judgment in its favor on these issues and for such further relief the Court deems appropriate.

Dated:  July 27, 2018                                   Respectfully submitted,

                                                                        **TUCKER ELLIS LLP**

By:  /s/ Sandra J. Wunderlich
    Sandra J. Wunderlich, #39019MO
    100 South 4th Street, Suite 600
    St. Louis, MO 63102
    Telephone: (314) 256-2550
    Facsimile: (314) 256-2549
    sandra.wunderlich@tuckerellis.com

*Attorneys for Defendant Affiliated FM Insurance Company*

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 27th day of July, 2018 a true and correct copy of the foregoing instrument was electronically filed with the Clerk of Court and served to all counsel of record via the Court's CM/ECF System.

                                            */s/ Sandra J. Wunderlich*
                                            Attorney for Defendant
                                            Affiliated FM Insurance Company

3851966.1