UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| HH ST. LOUIS RAILWAY LP, MISSOURI DEVELOPMENT FINANCE BOARD, and RAILWAY EXCHANGE OWNER, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>AFFILIATED FM INSURANCE COMPANY,<br><br>Defendant. | Case No. No. 4:18-CV-01132 JAR |

## DECLARATION OF THOMAS D. PAZDERA

I, Thomas D. Pazdera, hereby declare as follows:

1. I am the Operations Vice President - Senior General Adjuster, Central Division Claims for FM Global. I make this Declaration of my own personal knowledge.

2. On November 14, 2016, representatives of Railway Exchange Owner, LLC gave notice of a loss occurring on November 13, 2016 at 611 Olive Street, St. Louis, Missouri. This matter was assigned Loss ID number 368165 and Claim ID number 4594343. Terrence Knowlton was the assigned adjuster, and I was the assigned as the supervising adjuster on this matter.

3. Attached hereto as Exhibit No. 1 is a true and correct copy of an e-mail to Terrence Knowlton of FM Global dated December 12, 2016 from Donald Carmody, which attached the purchase agreement together with amendments for the Railway Exchange Building.

4. Attached hereto as Exhibit No. 2 is a true and correct copy of Affiliated FM Insurance Company Policy No. EP599 issued to Railway Exchange Owner, LLC.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Thomas D. Pazdera

89139297.1