# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| HH ST. LOUIS RAILWAY LP,<br>MISSOURI DEVELOPMENT FINANCE BOARD, and<br>RAILWAY EXCHANGE OWNER, LLC,<br><br>　　Plaintiffs,<br><br>v.<br><br>AFFILIATED FM INSURANCE COMPANY,<br><br>　　Defendant. | Case No. 4:18-cv-01132 |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that Joshua B. Strom hereby withdraws as counsel of record in the above matter.  All other attorneys representing Affiliated FM Insurance Company will remain as counsel of record.

Dated:  September 5, 2018

Respectfully submitted,

*/s/ Sandra J. Wunderlich*
Sandra J. Wunderlich #39019MO
TUCKER ELLIS LLP
100 South 4th Street,  Suite 600
St. Louis, MO  63102
(314) 256-2544 Telephone
(314) 256-2549 Facsimile
sandra.wunderlich@tuckerellis.com

*Attorneys for Defendant Affiliated FM Insurance Company*

3910479.1

2

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on this 5th day of August, 2018 a true and correct copy of the foregoing instrument was electronically filed with the Clerk of Court and served to all counsel of record via the Court's CM/ECF System.

                                                    */s/ Sandra J. Wunderlich*
                                                    Attorney for Defendant
                                                    Affiliated FM Insurance Company

3910479.1