# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| HH ST. LOUIS RAILWAY LP, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 4:18-CV-01132 JAR |
| AFFILIATED FM INSURANCE COMPANY, | ) |
| Defendant. | ) |

## ORDER

Having been advised that this action has been settled,

**IT IS HEREBY ORDERED** that all case deadlines are vacated and all pending motions are denied as moot.

**IT IS FURTHER ORDERED** that counsel shall file, within sixty (60) days of the date of this order, a stipulation for dismissal, a motion for leave to voluntarily dismiss, or a proposed consent judgment. Failure to timely comply with this order shall result in the dismissal of this action with prejudice.

Dated this 27th day of September, 2018.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE