UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| HH ST. LOUIS RAILWAY LP, MISSOURI DEVELOPMENT FINANCE BOARD, and RAILWAY EXCHANGE OWNER, LLC, </br></br>Plaintiffs,</br></br>v.</br></br>AFFILIATED FM INSURANCE COMPANY,</br></br>Defendant. | Case No. 4:18-cv-01132 JAR </br></br></br></br></br>STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1) |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), it is hereby stipulated by and between Plaintiffs HH ST. LOUIS RAILWAY LP, MISSOURI DEVELOPMENT FINANCE BOARD, and RAILWAY EXCHANGE OWNER, LLC, and Defendant AFFILIATED FM INSURANCE COMPANY that this action shall be voluntarily dismissed with prejudice, with each party bearing its respective costs and attorneys' fees.

Dated: 10/31/18

Respectfully submitted,

**ROBINS KAPLAN LLP**

By: _____
Scott G. Johnson
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
(612) 349-8265 Telephone
(612) 339-4181 Facsimile
SJohnson@robinskaplan.com

**TUCKER ELLIS LLP**
Sandra J. Wunderlich #39019MO
100 South 4th Street, Suite 600
St. Louis, MO 63102
(314) 256-2544 Telephone
(314) 256-2549 Facsimile
Sandra.Wunderlich@tuckerellis.com

*Attorneys for Defendant Affiliated FM Insurance Company*

Dated: 10/31/18

**ROSENBLUM GOLDENHERSH, P.C.**

By: _____
Jeffrey B. Hunt #33349MO
7733 Forsyth Boulevard, 4th Floor
St. Louis, Missouri 63105
Tel: (314) 726-6868
Fax: (314) 726-6786
jhunt@rosenblumgoldenhersh.com

**REED SMITH, LLP**
John N. Ellison
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, Pennsylvania 19103
Tel: (215) 851-8100
Fax: (215) 851-1420
jellison@reedsmith.com

BLANK ROME LLP
Linda D. Kornfeld
2029 Century Park East
Suite 2000N
Los Angeles, California 90067
lkornfeld@blankrome.com

*Attorneys for Plaintiffs*

89333622.1