UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

HH ST. LOUIS RAILWAY LP, )
MISSOURI DEVELOPMENT )
FINANCE BOARD, and RAILWAY ) Case No. 4:18-cv-01132 JAR
EXCHANGE OWNER, LLC, )
 )
    Plaintiffs, )
 )
v. )
 ) STIPULATION OF DISMISSAL
AFFILIATED FM INSURANCE ) WITH PREJUDICE PURSUANT TO
COMPANY, ) FEDERAL RULE OF CIVIL
 ) PROCEDURE 41(a)(1)
    Defendant. )

Pursuant to Federal Rule of Civil Procedure 41(a)(1), it is hereby stipulated by and between Plaintiffs HH ST. LOUIS RAILWAY LP, MISSOURI DEVELOPMENT FINANCE BOARD, and RAILWAY EXCHANGE OWNER, LLC, and Defendant AFFILIATED FM INSURANCE COMPANY that this action shall be voluntarily dismissed with prejudice, with each party bearing its respective costs and attorneys' fees.

*So Ordered*
*John A. Ross*
*11/2/18*

1

Dated: 10/31/18

Respectfully submitted,

ROBINS KAPLAN LLP

By: _____
Scott G. Johnson
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
(612) 349-8265 Telephone
(612) 339-4181 Facsimile
SJohnson@robinskaplan.com

TUCKER ELLIS LLP
Sandra J. Wunderlich #39019MO
100 South 4th Street, Suite 600
St. Louis, MO 63102
(314) 256-2544 Telephone
(314) 256-2549 Facsimile
Sandra.Wunderlich@tuckerellis.com

*Attorneys for Defendant Affiliated FM Insurance Company*

Dated: 10/31/18

ROSENBLUM GOLDENHERSH, P.C.

By: _____
Jeffrey B. Hunt #33349MO
7733 Forsyth Boulevard, 4th Floor
St. Louis, Missouri 63105
Tel: (314) 726-6868
Fax: (314) 726-6786
jhunt@rosenblumgoldenhersh.com

REED SMITH, LLP
John N. Ellison
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, Pennsylvania 19103
Tel: (215) 851-8100
Fax: (215) 851-1420
jellison@reedsmith.com